Motion GRANTED.

*[Signature: Aleta A. Trauger]*

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:11-00082-20 |
| | ) | Judge Aleta A. Trauger |
| EDDIE DEWAYNE DIXON | ) | |
| a/k/a MONSTA | ) | |

## MOTION TO UNSEAL

Comes the government, by and through Sunny A.M. Koshy, Assistant United States Attorney and moves this Court to unseal the Order of Forfeiture Consisting of $750,000 United States Currency Money Judgment (DE 872) so that the United States can properly file the Judgment with the County Clerk's Office.

Respectfully submitted,

JERRY E. MARTIN
United States Attorney for the
Middle District of Tennessee

By:    s/Sunny A.M. Koshy
SUNNY A.M. KOSHY
Assistant U. S. Attorney
110 9th Avenue, South – Suite A-961
Nashville, TN 37203-3870

SO ORDERED:

_____
Honorable Aleta A. Trauger
U.S. District Judge

Date: June ____, 2012