IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 3:11-00082 |
| | ) | Judge Trauger |
| | ) | |
| [20] EDDIE DEWAYNE DIXON | ) | |

**O R D E R**

It is hereby **ORDERED** that the sentencing scheduled for June 17, 2013 is **RESET** for Friday, June 28, 2013, at 3:00 p.m.

It is so **ORDERED.**

Enter this 14th day of June 2013.

_____
ALETA A. TRAUGER
United States District Judge